# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re: George Willie Buford, III

## PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

8:2020cv919T36SPF

COMES NOW the Petitioner George Willie Buford seeking the issuance of the Writ of Habeas Corpus to inquire into the cause of his continued imprisonment. In support of his Petition, Buford states:

He was convicted in the Eastern District of Tennessee in 2002 for six (6) Hobbs Act robberies, four (4) brandishing a firearm during and in relation to a crime of violence, being a career offender [?] and felon in possession of a firearm and sentenced to a total of 1,194 months imprisonment. He is confined at USP-1 Coleman in the middle district of Florida.

The Supreme Court held that a statute that is broader than the crime of violence definition established by Act of Congress CANNOT be a "crime of violence" categorically. The Hobbs Act includes use, attempted use or threatened use of physical force against the person or property of another whereas the crime of violence definition at Title 18 U.S.C. §924(c)(3)(A) and (B) only includes use, attempted use and threatened use of physical force against a person [NOT property], making Hobbs Act robbery BROADER than §924(c)(3)(A) or (B) meaning Hobbs Act robbery is NOT a crime of violence. See Mathis v. United States, 136 S. Ct. 2243 (2016).

Buford asks that the Writ of Habeas Corpus issue and the §924(c)s be dismissed WITH PREJUDICE TO REPROSECUTION and that he be IMMEDIATELY RELEASED.

Respectfully,

George Willie Buford, III
[Fed. Reg. No.: 30024-074]
Federal Correctional Complex USP-1
Post Office Box 1033
Coleman, FL 33521